1

2

3

4                                                            JS-6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   KAREN KEELER,                     CASE NO. SACV 08-1402-JVS (RNBx)

12              Plaintiff,
                                       **ORDER GRANTING STIPULATION
13        vs.                          TO DISMISS ACTION WITH
                                       PREJUDICE**
14   AIG DOMESTIC CLAIMS, INC.
     and DOES 1 to 100,

15
                Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

      Pursuant to the parties' Stipulation to Dismiss Action with Prejudice, and good cause appearing therefore, the Court hereby orders that Plaintiff Karen Keeler's Complaint is dismissed with prejudice.

June 17, 2009
_____
       Dated

_____
       Hon. James V. Selna

LEGAL_US_W # 62003739.1

[PROPOSED] ORDER GRANTING
STIP. TO DISMISS WITH PREJUDICE